UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALLEJO NOLASCO,<br><br>                           Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                           Respondents. | Case No.:  3:26-cv-2115-CAB-AHG<br><br>**ORDER REQUIRING BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Jesus Vallejo Nolasco.  [Doc. No. 1 ("Petition").] Petitioner claims his detention without a bond hearing since March 21, 2026 violates, *inter alia*, the Administrative Procedure Act.  [*Id.* at 2, 16–17.]  Petitioner argues that he is not subject to the mandatory detention provision of 8 U.S.C. § 1225(b)(2) as a noncitizen residing within the United States.  [*Id.* at 4.]

Respondents "acknowledge[] the prior orders from this District directing bond hearings pursuant to 8 U.S.C § 1226(a) in similar cases" and "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).  [Doc. No. 4 at 2.]

*///*

*///*

1

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **April 20, 2026**.  The Clerk of the Court shall close the case on April 24, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  April 10, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2115-CAB-AHG